### THE STATE vs. JAMES HARTEN.

Discharge on a petition for freedom, founded on the illegal exportation of petitioner by his master, is evidence of his freedom, on an indictment for kidnapping him.

The general reputation of a kidnapper is evidence of the intent with which defendant aided him in carrying off a free negro.

Kent, October term, 1847. On the trial of James Harten, who was indicted with Jacob R. Griffin and others, for kidnapping one Peter Howard, a free negro, with a count for aiding and assisting Griffin to kidnap, it was ruled,

1st. That the record of Peter Howard's discharge on a petition for freedom filed against his former master for selling him out of the State, was sufficient evidence of his being a free negro.

2d. That the general reputation of Jacob R. Griffin as a kidnapper might be given in evidence, to show the intent with which the defendant aided him in binding and carrying off the said Howard.

The defendant was convicted.